NUMBER 13-05-678-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

CITY OF LA JOYA, TEXAS,                                       Appellant,

 

                                           v.

 

RUBEN
MARTINEZ,                                                    Appellee.

___________________________________________________________________

 

             On appeal from the County
Court at Law No. 1 

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, CITY
OF LA JOYA, TEXAS, perfected an appeal from a judgment entered by the County Court at Law No. 4 of Hidalgo County, Texas,
in cause number CL-04-2819-A. 
After the record and briefs were filed, appellant filed a motion to
dismiss the appeal.  In the motion,
appellant states that the parties have reached a compromise and settlement of
all claims contained in this litigation. 
Appellant requests that this Court dismiss the appeal.  

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 2nd day of March, 2006.